UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAWAF SALEH ALGAZALI, et al.,

                Plaintiffs,

-against-

ANTHONY BLINKEN, et al.,

                Defendants.
------------------------------------------------------------X

23 Civ. 6038 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS on July 13, 2023, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **September 15, 2023**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **September 29, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: August 2, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE