UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

NAWAF SALEH ALGAZALI

And

RAIHAN DHAIF ALLAH SUHAIL

Plaintiffs,

v.

ANTHONY BLINKEN, United States Secretary of State

EMBASSY OF THE UNITED STATES OF CAIRO, EGYPT

And

UNITED STATES DEPARTMENT OF STATE

Defendants

Case No. 23-cv-6038 (LGS)

FIRST AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

By **February 6, 2024**, the parties shall file a joint letter proposing a briefing schedule for any renewed motion to dismiss, or Defendants shall state that they no longer intend to file a motion to dismiss the Amended Complaint at this time. The motion at Dkt. 24 is **DENIED** as moot in light of the filing of the Amended Complaint. So Ordered.

Dated: January 29, 2024
       New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

COME NOW Plaintiffs, Nawaf Saleh Algazali and Raihan Dhaif Allah Suhail by and through undersigned counsel, and allege as follows:

**PRELIMINARY STATEMENT**

1. Plaintiffs challenge the unreasonable delay in adjudication of Plaintiff-Beneficiary Raihan Dhaif Allah Suhail's derivative Beneficiary immigrant visa application and Defendants'