UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
NAWAF SALEH ALGAZALI et al.,                                 :
                                        Plaintiffs,          :
                                                             :          23 Civ. 6038 (LGS)
                    -against-                                 :
                                                             :              ORDER
ANTHONY BLINKEN et al.,                                      :
                                                             :
                                        Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 11, 2024, the Government filed a motion to dismiss.  On April 9,

2024, Plaintiffs filed their opposition.  On April 15, 2024, the Government filed its reply.

    WHEREAS, the filings state that Plaintiffs' visa application is still undergoing security

checks.

    WHEREAS, on June 21, 2024, the United States Supreme Court issued a decision in

*Department of State v. Muñoz*, 144 S. Ct. 1812 (2024).  It is hereby

    **ORDERED** that by **October 16, 2024**, the parties shall file a joint letter updating the

Court on the status of Plaintiffs' visa application, as well as any other progress that may affect the

mootness of this case.  It is further

    **ORDERED** that by **October 16, 2024**, the parties may also file any supplemental letter

brief, not to exceed three pages single-spaced, to address the *Muñoz* case and any other

developments in the law since their last filing.


Dated: October 9, 2024
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE