Application **GRANTED**. The parties' deadline to file the joint letter pursuant to the Order at Dkt. No. 50 is extended to **November 16, 2024**.

Dated: October 15, 2024
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>*Algazali, et al., v. Anthony Blinken, et al.*</u>, **No. 23 Civ. 6038 (LGS)**

Dear Judge Schofield,

    Plaintiffs, with the consent of Defendants, respectfully request a 30-day extension of the deadlines set forth in the Court's Order dated October 9, 2024 (Dkt. 50), which currently require the parties to file a joint status letter and any supplemental briefing by October 16, 2024.

    This request arises due to unexpected staffing challenges within Plaintiffs' counsel's office, including the temporary leave of lead counsel assigned to this case until October 21, 2024. Given these constraints, Plaintiffs are not in a position to meet the current deadline. After conferring with Defendants, both parties have agreed that a 30-day extension, resetting the deadline to November 15, 2024, would provide sufficient time for a thorough and complete submission of all required materials.

    The additional time will allow the parties to address the recent Supreme Court decision in *Department of State v. Muñoz*, 144 S. Ct. 1812 (2024), as well as any other developments in the law that may impact this matter. This will ensure that the joint status letter and any supplemental briefs are well-prepared and fully responsive to the issues raised in this case.

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423

Tel. 818.999.1599

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122

Tel. 818.999.1559

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House

We appreciate the Court's consideration of this request. and remain available to provide any additional information that may be required.

Respectfully submitted,

By: */s/ Julie Goldberg*
Julie Goldberg, Esq.
GOLDBERG & ASSOCIATES
3005 Oakwood Boulevard
Melvindale, MI 48122
(313) 888-9545
Ecf@goldbergimmigration.com

*Counsel for Plaintiffs*

CC (via ECF): Assistant United States Attorney Joseph Pantoja, *Counsel for Defendants*

**LOS ANGELES**
14370 Ventura Blvd.
Sherman Oaks, CA 91423

Tel. 818.999.1599

**DETROIT**
3005 Oakwood Blvd.
Melvindale, MI 48122

Tel. 818.999.1559

**DJIBOUTI**
Marabout Lot No 549A
Heron, Djibouti
Past the second Circle,
Big Yellow House