UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAWAF SALEH ALGAZALI, et al.,
                              Plaintiffs,

                  -against-

EMBASSY OF THE UNITED STATES OF
CAIRO, EGYPT, et al.,
                              Defendants.
------------------------------------------------------------X

23 Civ. 6038 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Opinion, dated January 31, 2025, permitted Plaintiffs to file a Second Amended Complaint by February 14, 2025;

    WHEREAS, no such filing was made. It is hereby

    **ORDERED** that, for the reasons stated in the January 31, 2025, Opinion, the case is dismissed. The Clerk of Court is respectfully directed to terminate the case.

Dated: February 18, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE